

United States Probation and Pretrial Services
*Western District of Washington*

Monique D. Neal      Brenda L. Amundson
*Chief*     *Deputy Chief*

# MEMORANDUM

Date: July 15, 2024

To: The Honorable James L. Robart, United States District Judge

From: Aaron Rust
United States Probation Officer

Subject: Lidia Gutierrez-Vega
Case Number: 2:21CR00186JLR-1

**STATUS REPORT**

**STATUS**:
On March 28, 2024, a violation report and request for summons was submitted alleging Ms. Gutierrez-Vega committed the following violations: 1) consumed alcohol; 2) failed to report for urinalysis testing on multiple dates; 3) failed to reside at an approved residence and 4) consumed methamphetamine. Your Honor ordered the issuance of a summons.

On April 19, 2024, an initial appearance was held before The Honorable Paula L. McCandlis, United States Magistrate Judge. Ms. Gutierrez-Vega admitted to all the alleged violations. She was ordered to remain at liberty pending her disposition hearing.

On May 20, 2024, a supplemental violation report was filed alleging Ms. Gutierrez-Vega violated supervision by 5) consuming amphetamine on multiple dates and 6) failing to report for urinalysis testing. Your Honor approved incorporating the supplemental violations into the previously submitted petition.

On June 21, 2024, a memo and request for warrant under seal was submitted alleging Ms. Gutierrez-Vega committed the following violation: 7) failing to report for urinalysis testing on multiple dates and 8) failing to enter into and complete inpatient treatment. Your Honor approved the issuance of a warrant.

On June 25, 2024, Ms. Gutierrez-Vega was arrested, and an initial appearance was held before The Honorable Michelle L. Peterson, United States Magistrate Judge on June 26, 2024. Ms. Gutierrez-Vega denied allegations 5-8. She was given an appearance bond with a special condition explicitly ordering Ms. Gutierrez-Vega to enter into and complete inpatient treatment.

Mr. Gutierrez-Vega is scheduled to appear before Your Honor for a disposition hearing on August 13, 2024, at 10:15 a.m.

The Honorable James L. Robart, United States District Judge  Page 2
RE: Lidia Gutierrez-Vega, 2:21CR00186JLR-1  July 15, 2024

**ADJUSTMENT AND EVALUATION**:
By all appearances Ms. Gutierrez-Vega's adjustment to supervision the first year and a half was going well. Except for occasional alcohol positives, she maintained fulltime employment, resided in a prosocial environment, and communicated well with me. Unfortunately, since February 2024, her performance declined rapidly. Your Honor approved moving the disposition hearing from June 17, 2024, to August 13, 2024, to facilitate Ms. Gutierrez-Vega entering inpatient treatment. When she failed to enter, a warrant was requested and she was given another opportunity to enter inpatient, regrettably she was never released on June 26, 2024. After the hearing I received multiple automated law enforcement hits from ICE and learned she had been moved to the Tacoma detention facility. I corresponded with an ICE agent who informed me Ms. Gutierrez-Vega missed an appointment with immigration court in early June, therefore the immigration judge issued an order of removal in absentia. On July 5, 2024, probation received notice Ms. Gutierrez-Vega was deported.

**RECOMMENDATION**:
Given Ms. Gutierrez-Vega's deportation to Mexico, I respectfully recommend the Court dismiss the violations and strike the hearing scheduled for August 13, 2024. She has a special condition to not reenter the United States without approval. Should Ms. Gutierrez-Vega reenter without expressed permission, the Court will be notified.

Assistant United States Attorney Lessica Ly concurs with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 12th day of July, 2024.

BY:

*Aaron Rust*
Aaron Rust
United States Probation Officer

*Analiese D. Johnson*
Analiese D. Johnson
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Dismiss the violations and strike the hearing.
☐ Other:

_____
Signature of Judicial Officer

July 16, 2024
Date